**NICHOLAS DE PENTO**
Attorney at Law
State Bar No. 47672
550 West "C" Street
Suite 1160
San Diego, California 92101
Telephone (619) 236-1151
Fax (619) 236-1389

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>$11,829.00 in U.S. CURRENCY,<br>Defendant, | Civil Case No. 08CV0873-L(LSP)<br>**ANSWER TO COMPLAINT FOR FORFEITURE** |

Comes now defendant / claimant Murray Singer and Answers the Complaint in Forfeiture as follows:

1. Admit
2. Admit
3. Lacks sufficient information and on such basis denies
4. Admit currency is a thing of value but Deny the balance of the allegation
5. Deny
6. Deny

//

//

7. Deny

Wherefore, defendant / claimant prays for the return of the currency as part of this Complaint and for such other and further relief as this and proper, together with the costs and disbursements of this action.

Respectfully submitted,

Dated: June 4, 2008

NICHOLAS DE PENTO

## Verification

I, Murray Singer, hereby declare as follows:

1. I am the claimant for the defendant currency.

2. I have read the foregoing Answer to Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and information provided to me.

3. Everything contained in the Answer is true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4 day of June 2008 in San Diego, California.

Murray Singer

Murray Singer

**NICHOLAS DE PENTO**
Attorney at Law
State Bar No. 47672
550 West "C" Street
Suite 1160
San Diego, California 92101
Telephone (619) 236-1151
Fax (619) 236-1389

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>$11,829.00 in U.S. CURRENCY,<br>Defendant, | Case No. 08CV0873-L (LSP)<br>**VERIFIED CLAIM OF RIGHT TO DEFEND** |

Comes now Murray Singer and states as follows:

1. In the above matter I am the owner of the $11,829.00 in U.S. Currency.

2. All notices of this action should go to Nicholas De Pento, Attorney at 550 West C Street, Suite 1160, San Diego, CA 92101.

He is authorized to represent my interests.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 4 day of June 2008 at San Diego, California,

Murray Singer