# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

Case Name: USA vs. $11,829.00 IN U.S. CURRENCY

Case Number: 08cv0873-L (LSP)

David McNees David.McNees@usdoj.gov,efile.dkt.nes@usdoj.gov,:

Nicholas De Pento depentolaw@sbcglobal.com

Date: June 9, 2008 /s/ Nicholas De Pento

NICHOLAS DE PENTO
Attorney for Defendant
550 West C Street, Suite 1160
San Diego, CA 92101
Depentolaw@sbcglobal.net